IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Criminal No. 14-MJ-00341

JORGE JOSE CARDOZA,

    Defendant.

### ORDER TOLLING SPEEDY TRIAL COMPUTATION

The Court having reviewed the Waiver of Preliminary Hearing with the Defendant in open court now finds that the ends of justice served by allowing the request to toll the speedy indictment computation outweigh the interest of the Defendant and the public in a speedy indictment. The Court expressly finds that the public's interest in a speedy indictment is outweighed by (1) the public's interest in a reasonably expeditious resolution of the case; (2) the public's interest in relieving the burden that would be placed on judicial, prosecutorial, defense and law enforcement resources if the case proceeded to a preliminary examination and or a speedy indictment; and (3) the potential benefit conferred upon the Defendant in an expedited resolution of the case.

IT IS THEREFORE ORDERED, ADJUDGED that pursuant to 18 USC § 3161(h)(7)(A), a period of time of 75 days from today's date is hereby tolled and excluded from the computation of speedy indictment. At the expiration of this 75-day period, the 30-day period pursuant to 18 USC § 3161(b) for speedy indictment shall resume.

                                                              UNITED STATES MAGISTRATE JUDGE